# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 1 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>VALENTIN NAVARRO-SERRANO (12),<br><br>                    Defendant. | CASE NO. 00CR1902-JM<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) as charged in the Indictment/Information:

_____

_____

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 30, 2012

_____
Jeffrey T. Miller
U.S. District Judge